**Continuing Abatement Order filed December 7, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00429-CR
_____

**CHARLES ALLEN DONELLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Court Cause No. 11-12-13328-CR**

## ABATEMENT ORDER

The reporter's record in this case was due May 21, 2012.   *See* Tex. R. App. P. 35.1. The record has not been filed with the court.

On September 14, 2012, we abated this appeal for a hearing in the trial court to determine the reason **Heather Deiss** has failed to file her portion of the record in this appeal, and Appeal No. 14-12-00429-CR; *Charles Allen Donelly v. The State of Texas*. On November 7, 2012, a supplemental clerk's record was filed containing the trial court's findings.   On November 8, 2012, a record of the hearing was filed.

The record reflects that at the hearing **Heather Deiss** informed the trial court the records would be filed by November 2, 2012. No records were filed. On November 16, 2012, we ordered **Heather Deiss** to file her portion of the records in these appeals within ten (10) days. On November 19, 2012, **Heather Deiss** filed her portion of the record in Appeal No. 14-12-00432-CR. The record does not reflect it is also the record for Appeal No. 14-12-00429-CR. Accordingly, we issue the following order.

We order **Heather Deiss** to file her portion of the record in Appeal No. 14-12-00429-CR within ten (10) days of the date of this order. If **Heather Deiss** fails to file the record as ordered, the court may order her to appear before this court, on a date certain to show cause why she should not be held in contempt for not filing her portion of the record in Appeal No. 14-12-00429 -CR; *Charles Allen Donelly v. The State of Texas,* as ordered.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.

2